```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10929
   WILLIAM R STUEBE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-0710


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/07 .

   2.  The case was dismissed without confirmation, 10/05/2007.

   3.  The Debtor paid a total of $   4042.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C CURRENT MORTG         .00           .00         .00
AMERICAN HONDA FINANCE C SECURED VEHIC         .00           .00     2166.96
CACH LLC                 UNSECURED      NOT FILED            .00         .00
CAPITAL ONE BANK         UNSECURED      NOT FILED            .00         .00
CAPITAL ONE BANK         UNSECURED      NOT FILED            .00         .00
CBE GROUP                UNSECURED      NOT FILED            .00         .00
CHASE MANHATTAN BANK USA UNSECURED      NOT FILED            .00         .00
DISH NETWORK             UNSECURED      NOT FILED            .00         .00
INTERNAL REVENUE SERVICE UNSECURED      NOT FILED            .00         .00
DIVERSIFIED SRVS         UNSECURED      NOT FILED            .00         .00
NCC                      UNSECURED      NOT FILED            .00         .00
ILL DEPT OF EMPLOYMENT S UNSECURED      NOT FILED            .00         .00
SCOTT METRICK MD         UNSECURED      NOT FILED            .00         .00
BLATT HASENMILLER LEIBSK UNSECURED      NOT FILED            .00         .00
NORTHWEST COMMUNITY HOSP UNSECURED      NOT FILED            .00         .00
NW SUBURBAN ANESTHESIA   UNSECURED      NOT FILED            .00         .00
MEDICAL BUSINESS BUREAU  UNSECURED      NOT FILED            .00         .00
HLG ANESTHESIOLOGY ASSOC UNSECURED      NOT FILED            .00         .00
SURGICAL NEUROLOGY       UNSECURED      NOT FILED            .00         .00
ROBERT RAO MD            UNSECURED      NOT FILED            .00         .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
DSG GROUP                UNSECURED      NOT FILED            .00         .00
WELLS FARGO FINANCIAL    UNSECURED      NOT FILED            .00         .00
       Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED    OTHER       TOTAL

TOTAL CLMS ALLOWED     .00         .00          .00       .00         .00
```

```
PRINCIPAL PAID           2166.96           .00         .00         .00      2166.96
INTEREST PAID                .00           .00         .00         .00          .00
TOTAL PAID               2166.96           .00         .00         .00      2166.96
```
The Debtor's attorney, TIMOTHY K LIOU              , was allowed $   3500.00
and was paid $    2038.80   direct and $    1461.20   through the plan.

The Trustee received $     137.76 .

Refunds to the Debtor totaled $     276.08 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 10929 WILLIAM R STUEBE